UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:19-cv-2579-GEKP |
| MARRIOTT HOTEL SERVICES, INC, a Delaware Corporation, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of settlement documents and receipt of settlement funds, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within 45 (45) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice with the Court retaining Jurisdiction to Enforce the Terms of the Settlement Agreement. or, on good cause shown, to re-open the case for further proceedings.

2. The Plaintiff respectfully requests adjournment of all pending matters, including the hearing presently set for 11:30 a.m. on October 1, 2019.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2019, the foregoing was filed via CM/ECF, which will automatically generate notice to Attorneys for Defendant: Jordan B.

Schwartz, Esq., Conn Maciel Carey LLP, 5335 Wisconsin Avenue, NW, Suite 660, Washington, DC  20015, jschwartz@connmaciel.com, and Joseph A. Hirsch, Esq., jahirsch@hirschfirm.com, Hirsch & Hirsch, Two Bala Plaza, Third Floor, Suite 300, Bala Cynwyd,

>
> /s/  Lawrence A. Fuller
> Lawrence A. Fuller, Esq., *pro hac vice*
> FULLER, FULLER & ASSOCIATES, P.A.
> 12000 Biscayne Blvd., Suite 502
> North Miami, FL 33181
> (305) 891-5199
> (305) 893-9505 - Facsimile
> Lfuller@fullerfuller.com
> and
> David S. Dessen, Esq. (I.D. 17627)
> Dessen, Moses & Rossito
> 600 Easton Road
> Willow Grove, PA  19090
> Telephone:  215.496.2902
> Facsimile:   215.564.2879
> ddessen@dms-lawyer.com
>
> *Attorneys for Plaintiff*